## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 13 WAL 2020
:
Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JOSHUA WARDLAW, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court erred as a matter of law in quashing as interlocutory Mr. Wardlaw's appeal where it was properly taken as of right pursuant to Pa.R.A.P. 311(a)(6); *Commonwealth v. Chenet*, 373 A.2d 1107 (Pa. 1977) and *Commonwealth v. Liddick,* 370 A.2d 729 (Pa. 1977) make clear than an interlocutory order denying a motion in arrest of judgment, based on a claim of insufficient evidence when a new trial has been granted is immediately appealable; and *Commonwealth v. McPherson,* 533 A.2d 1060 (Pa. Super. 1987)(*Per curiam),* relied upon by the Superior Court, is plainly inapposite